Peter Schmitt, Appellee, v. A. M. Friederich, Appellant.

Gen. No. 10,433.

Richolson, Wilhelm & Davies, for appellant; Taylor E. Wilhelm, of counsel; Hollerich & Hurley, for appellee. Opinion by Presiding Justice Wolfe. Not to be published in full. Opinion filed February 27, 1951; rehearing denied April 30, 1951; released for publication May 1, 1951.